S. Lane Tucker (AK# 0705011)
James E. Torgerson (AK# 8509120)
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, Alaska 99501
Phone: (907) 277-1900
Fax: (907) 277-1920
sltucker@stoel.com
jetorgerson@stoel.com

Attorneys for Defendants
Craig Jackson and Sanders Engineering,
Co., Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAPE FOX CORPORATION, an Alaska Corporation; APM, LLC an Alaska Limited Liability Company; and 1CI a Delaware Corporation,<br><br>Plaintiffs,<br>v.<br><br>CRAIG JACKSON; TOWNSEND JACKSON; ADVANCED BUSINESS MANAGEMENT SERVICES, INC., a Nevada Corporation; SANDERS ENGINEERING, CO., INC., a California Corporation; and BUTLER MARKETING & CONSULTING GROUP, INC., a Virginia Corporation,<br><br>Defendants. | Case No.: 3:10-cv-_____-(___)<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION (28 U.S.C. § 1441(a) AND 28 U.S.C. § 1332) (Diversity of Citizenship Jurisdiction)** |

TO:  THE CLERK OF THE UNITED STATES DISTRICT COURT IN AND FOR THE DISTRICT OF ALASKA.

PLEASE TAKE NOTICE THAT Defendant Craig Jackson ("Jackson") and Defendant Sanders Engineering Company, Inc. ("Sanders") file this Notice of Removal

and hereby remove the above-captioned matter from the Superior Court for the State of Alaska, Third Judicial District in Anchorage, to the United States District Court for the District of Alaska at Anchorage. This Court's removal jurisdiction is invoked pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441(a), based upon the following:

1. On March 22, 2010, plaintiffs filed a complaint ("Complaint") in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, (the "Superior Court") entitled *Cape Fox Corporation; APM, LLC; and 1CI v. Craig Jackson; Townsend Jackson; Advance Business Management Services, Inc; Sanders Engineering, Co., Inc.; and Butler Marketing & Consulting Group, Inc*, designated Case No. 3AN-10-06050 CI (the "state court action"). A copy of that Complaint is attached as Exhibit 1 to the accompanying Declaration of S. Lane Tucker.

2. The Complaint alleges several claims, including claims for breach of contract, breach of fiduciary duty, and fraudulent misrepresentation in connection with certain business dealings between the parties. Also implicated in this case is the law governing the United States Small Business Administration's (SBA) 8(a) program for socially and economically disadvantaged small business owners since some of the parties in this case either are or have been participants in the 8(a) program.

3. Sanders' registered agent, attorney Anna Carno, received a copy of the Complaint on April 7, 2010. Defendant Jackson has not been formally served; however, he received a copy of the Complaint when it was emailed to one of his attorneys, John Hueston, by Martin Sabelli, attorney for defendant Townsend Jackson, on March 27, 2010. This Notice of Removal is timely under 28 U.S.C. § 1446(b), in that it is filed within thirty (30) days of receipt of the Complaint by Sanders and Jackson, whether by service or otherwise. Neither Jackson nor Sanders have filed pleadings in this case in the state court action. This Notice of Removal shall not constitute a waiver of service by Jackson.

4. Jackson and Sanders are giving written notice on the same day of the filing of this Notice of Removal to plaintiffs' counsel, and are filing this same day a copy of this Notice of Removal with the Clerk of the Superior Court for the State of Alaska, Third Judicial District in Anchorage, in accordance with 28 U.S.C. § 1446(d).

*Cape Fox, et al. v. Sanders, et al.*; Case No.: 3:10-cv-_____ ( ) Page 2 of 5

5. This action is one over which the Court has original jurisdiction under 28 U.S.C. § 1332, because of diversity of citizenship and sufficient amount in controversy, and Jackson and Sanders are therefore entitled to remove this action pursuant to 28 U.S.C. § 1441(a).

6. Plaintiff Cape Fox Corporation ("Cape Fox") is an Alaska corporation. Complaint ¶ 1. Upon information and belief, the principal place of business of Cape Fox is in Ketchikan, Alaska. For purposes of 28 U.S.C. § 1332, Cape Fox is therefore a citizen of Alaska. *See* 28 U.S.C. § 1332(c)(1).

7. Plaintiff APM, LLC ("APM") is an Alaska limited liability company. Complaint ¶ 3. Upon information and belief, it is wholly owned by Cape Fox and thus its citizenship for the purposes of diversity jurisdiction is also Alaska. *See Johnson v., Columbia Props. Anchorage, LP*, 437 F.3d 894 (9th Cir. 2006) ("An LLC is a citizen of every state of which its owners/members are citizens.").

8. Plaintiff 1CI ("1CI") is a Delaware corporation. Complaint ¶ 4. Upon information and belief, its principal place of business in Anchorage, Alaska. For purposes of 28 U.S.C. § 1332, 1CI is therefore a citizen of Alaska. *See* 28 U.S.C. § 1332(c)(1).

9. Defendant Jackson is an individual who is a citizen of California.

10. Upon information and belief, defendant Townsend Jackson is an individual who is a citizen of California.

11. Upon information and belief, defendant Advance Business Management Services, Inc. is a Nevada corporation with its principal place of business in Las Vegas, Nevada.

12. Defendant Sanders is a California corporation with its principal place of business in Yorba Linda, California.

13. Upon information and belief, defendant Butler Marketing & Consulting Group, Inc. is a Virginia corporation with its principal place of business in Virginia.

14. Although Jackson and Sanders deny any liability to plaintiffs under the Complaint, the amount in controversy exceeds $75,000, exclusive of interest and costs. Specifically, the Complaint states that plaintiffs seek, *inter alia*, judgment against

Defendants for damages in excess of $3 million. Plaintiffs also seek reasonable attorney's fees and costs for prosecuting the action.

15. Pursuant to 28 U.S.C. § 1446(a), Defendants Jackson and Sanders have attached to the accompanying declaration of S. Lane Tucker true and correct copies of the process, pleadings, and orders that have been served on and otherwise received by Defendants Jackson and Sanders to date in this action. Defendants Jackson and Sanders have attached to the this Notice of Removal as Exhibits A and B, respectively, true and correct copies of the Notice of Filing Notice of Removal of Action that is being filed this same day with the Clerk of the Superior Court for the State of Alaska, Third Judicial District in Anchorage, and the Notice of Filing Notice of Removal of Action that is being served this same day upon plaintiffs' counsel of record.

WHEREFORE, Defendants Sanders and Jackson hereby remove the state court action from the Superior Court for the State of Alaska, Third Judicial District at Anchorage, to this Court.

Dated: April 21, 2010

Respectfully submitted,

STOEL RIVES LLP
Attorneys for Defendants,
CRAIG JACKSON AND SANDERS
ENGINEERING, CO., INC.

By  */s/ James E. Torgerson*
S. Lane Tucker (AK # 0705011)
James E. Torgerson (AK# 8509120)
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, Alaska 99501
Phone: (907) 277-1900
Fax: (907) 277-1920
sltucker@stoel.com
jetorgerson@stoel.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on the following parties in the method specified below on April 21, 2010:

| | |
|---|---|
| **Traeger Machetanz, Esq.**<br>**Renea I. Saade**<br>Oles Morrison Rinker & Baker LLP<br>745 West Fourth Avenue, Suite 502<br>Anchorage, Alaska 99501-2136<br>Machetanz@oles.com | Counsel for Plaintiffs<br><br>Served via<br>☐ facsimile ☒ regular U.S. Mail ☐ hand delivery ☐ ecf<br>☒ Email |

    */s/James E. Torgerson*
S. Lane Tucker (Bar No. 0705011)
James E. Torgerson (Bar No. 8509120)
Stoel Rives LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
sltucker@stoel.com

70049935.4 0078797-00001

*Cape Fox, et al. v. Sanders, et al.*; Case No.: 3:10-cv-_____ ( ) Page 5 of 5