Traeger Machetanz, Esq.
Oles Morrison Rinker & Baker LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106
Fax: (907) 258-5519

J. Craig Rusk, *Pro Hac Vice*
Oles Morrison Rinker & Baker LLP
701 Pike Street, Suite 1700
Seattle, Washington 98101
Tel: (206) 623-3427
Fax: (206) 682-6234

Attorneys for Plaintiffs
Cape Fox Corporation
APM, LLC and 1CI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CAPE FOX CORPORATION an Alaska Corporation; APM, LLC an Alaska Limited Liability Company; and 1CI a Delaware Corporation;<br><br>Plaintiffs,<br><br>v.<br><br>CRAIG JACKSON; TOWNSEND JACKSON; ADVANCED BUSINESS MANAGEMENT SERVICES, INC., a Nevada Corporation; SANDERS ENGINEERING, CO., INC., a California Corporation; and BUTLER MARKETING & CONSULTING GROUP, INC., a Virginia Corporation;<br><br>Defendants. | Case No. 3:10-cv-80 [RRB]<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Stipulation for Dismissal With Prejudice
*Cape Fox Corp. et al., v. Craig Jackson et. al.,* Case No. 3:10-cv-80 [RRB]   Page 1 of 4
12039.0005
Case 3:10-cv-00080-RRB   Document 49   Filed 01/06/11   Page 1 of 4

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Cape Fox Corporation; APM, LLC; 1CI; Craig Jackson; Advanced Business Management Services, Inc.; Sanders Engineering, Co., Inc.; and Butler Marketing & Consulting Group, Inc., by and through their respective counsel, hereby stipulate and agree that this action shall be dismissed with prejudice, with each party bearing its costs and attorney's fees.

Dated in Anchorage, Alaska, this 5th day of January, 2011.

OLES MORRISON RINKER & BAKER LLP
Attorneys for Cape Fox Corporation
APM, LLC and 1CI

By: _____
Traeger Machetanz
Oles Morrison Rinker & Baker LLP
745 W. 4th Ave., Suite 502
Anchorage, AK 99501
Phone: (907) 258-0106
Fax: (907) 258-5519
Email: machetanz@oles.com
Alaska Bar No. 8411127

J. Craig, Rusk, *Pro Hac Vice*
Oles Morrison Rinker & Baker LLP
701 Pike Street, Suite 1700
Seattle, WA 98101
Phone: (206) 623-3427
Fax: (907) 682-6234
Email: Rusk@oles.com
Washington Bar No. 15872

Stipulation for Dismissal With Prejudice
*Cape Fox Corp. et al., v. Craig Jackson et. al.*, Case No. 3:10-cv-80 [RRB]
12039.0005

Page 2 of 4

Case 3:10-cv-00080-RRB   Document 49   Filed 01/06/11   Page 2 of 4

Dated in Anchorage, Alaska, this 6th day of January, 2011.

STOEL RIVES LLP
Attorneys for Craig Jackson, Sanders Engineering, Co., Inc., and Advanced Business Management Services, Inc.

By: /s/ S. Lane Tucker
S. Lane Tucker (AK #0705011)
James E. Torgerson (AK #8509120)
Stoel Rives LLP
510 L Street, Suite 500
Anchorage, AK 99501
Phone: (907) 277-1900
Fax: (907) 277-1920
Email: sltucker@stoel.com
jetorgerson@stoel.com

Dated in Anchorage, Alaska, this 5th day of January, 2011.

DORSEY & WHITNEY LLP
Attorneys for Butler Marketing & Consulting Group, Inc.

By: /s/ Katherine Demarest for
Jahna M. Lindemuth (AK #9711068)
Robert C. Bundy (AK #7206021)
Dorsey & Whitney LLP
1031 West Fourth Avenue, Suite 600
Anchorage, Alaska 99501-5907
Email: lindemuth.jahna@dorsey.com
bundy.robert@dorsey.com

Stipulation for Dismissal With Prejudice
*Cape Fox Corp. et al., v. Craig Jackson et. al.,* Case No. 3:10-cv-80 [RRB]
12039.0005

Page 3 of 4

Case 3:10-cv-00080-RRB   Document 49   Filed 01/06/11   Page 3 of 4

CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2011, a copy of the foregoing was served electronically on

James E. Torgerson
jetorgerson@sotel.com

S. Lane Tucker
sltucker@stoel.com

Jahna M. Lindemuth
lindemuth.jahna@dorsey.com

Robert C. Bundy
bundy.robert@dorsey.com

OLES MORRISON RINKER & BAKER LLP


By: s/Traeger Machetanz

4824-1753-3960, v. 1

Stipulation for Dismissal With Prejudice
*Cape Fox Corp. et al., v. Craig Jackson et. al.,* Case No. 3:10-cv-80 [RRB]   Page 4 of 4
12039.0005
Case 3:10-cv-00080-RRB   Document 49   Filed 01/06/11   Page 4 of 4